IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD W. NOACK,          ) | |
| ) | |
| Plaintiff,          ) | |
| ) | |
| vs.          ) | Civil No.  20-cv-304-RJD |
| ) | |
| COMMISSIONER of SOCIAL SECURITY,          ) | |
| ) | |
| Defendant.          ) | |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (Doc. 31).  Defendant has responded that he has no objection to the fees sought, but indicates his "notice of no objection does not apply to any costs Plaintiff may seek in connection with this proceeding" (Doc. 34).

Plaintiff asks for an award of attorney's fees in the amount of $4,710.54, and reimbursement in the amount of $400.00, the amount of the filing fee paid by Plaintiff.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B).  As such, Plaintiff's Petition for Attorney Fees (Doc. 31) is **GRANTED**.  The Court further finds that the amount sought is reasonable and appropriate.  The Court awards Plaintiff attorney's fees in the amount of $4,710.54 (four thousand, seven hundred ten dollars and fifty-four cents).  This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.   Plaintiff's request for $400.00 related to costs has been addressed separately.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes to the United States, per *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED:  November 22, 2021**

*s/ Reona J. Daly*
**REONA J. DALY**
**United States Magistrate Judge**